```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

ANTONIO VILLASUSO, as Trustee
for the Hare Family Land Trust,

      Plaintiff,
v.                          CASE NO.: 8:13-cv-309-T-33TBM

SETERUS, INC.,

      Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to the parties' Joint Stipulation of Dismissal of Count Two and Joint Motion to Remand (Doc. # 24), which was filed on October 22, 2013. The Court grants the Motion.

**Discussion**

Plaintiff Antonio Villasuso filed its two-count Complaint against Defendant Seterus, Inc. in state court on December 26, 2012, seeking declaratory relief pursuant to Florida Statute § 86.011 in count one and seeking damages for violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605, in count two. (Doc. # 2). Villasuso effected service of the summons and Complaint on Seterus on January 3, 2013. (Doc. # 1 at ¶ 2).

On February 1, 2013, Seterus removed the action to this Court on the basis of federal question jurisdiction. (Doc. #

1). Therein, Seterus noted that this Court "has supplemental jurisdiction of [Villasuso's] state law claims because they are so related to the claims within the Court's original jurisdiction as to form part of the same cause or controversy." (Id. at ¶ 10).

At this juncture, the parties stipulate to the dismissal of the sole federal claim (count two) without prejudice and request an Order remanding the case to state court. The Court approves the relief requested. Villasuso's RESPA claim asserted in count two is dismissed without prejudice. Having dismissed the RESPA count, the Court declines to exercise supplemental jurisdiction over count one, which seeks declaratory relief under Florida law. The Court remands this action to state court.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

1) The Joint Stipulation of Dismissal of Count Two and Joint Motion to Remand (Doc. # 24) is **GRANTED.**

2) Count two of the Complaint is dismissed without prejudice. The Court declines to exercise supplemental jurisdiction over count one.

3) The Clerk is directed to **REMAND** this case to the Sixth Judicial Circuit in and for Pinellas County, Florida.

4) After remand has been effected, the Clerk is directed to **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>23rd</u> day of October, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record